IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. HERSEL RAYMAR BRADLEY, Defendant. | 4:19-CR-3025 ORDER |

The defendant has filed a motion to appoint counsel (filing 127) to assist him in seeking a sentence reduction pursuant to U.S.S.G. Amend. 821, made retroactive by U.S.S.G. Amend. 825.

However, the defendant is not eligible for a reduction pursuant to that amendment. Although the defendant received two "status points" pursuant to U.S.S.G. § 4A1.1(d), *see* filing 78 at 19, reducing his criminal history score from 18 to 16 would still result in a criminal history category of VI, leaving his guidelines sentencing range unchanged. Accordingly,

IT IS ORDERED that the defendant's motion to appoint counsel (filing 127) is denied.

Dated this 29th day of September, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge